UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC C. GRIMM,

       Plaintiff,                      Case No. 1:17–cv–00654–GJQ–PJG

v.                                   Hon. Gordon J. Quist

RAW STORY MEDIA, INC., et al.,

       Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

     NOTICE is hereby given that the above–captioned case was filed in this court on July 20, 2017 .   The case has been assigned to Gordon J. Quist .

                                                    CLERK OF COURT

Dated:  July 20, 2017        By:     /s/ C. Wenners_____
                                                Deputy Clerk