UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC C. GRIMM,

    Plaintiff,

v.

RAW STORY MEDIA, INC., THE HERALD PUBLISHING COMPANY, LLC, MLIVE MEDIA GROUP, F/K/A BOOTH NEWSPAPERS, INC., NEWSLO, STEPHEN KLOOSTERMAN, KEVIN EVEN, PAUL SHIBLEY, BRIANNA SCOTT, DAVID BOSSENBROEK, MATT J. ROBERTS, DAVID SHAFER, BARTON DIETERS, GREGORY C. PITTMAN, WILLIAMS/HUGHES, PLLC, DOUGLAS HUGHES, THEODORE N. WILLIAMS, JR., TIMOTHY HICKS, WILLIAM MARIETTI, KATHY HOOGSTRA, ROBERT CARTER, RAYMOND KOSTRZEWA, LINNEA KOSTRZEWA, MARK T. BOONSTRA, NEIL MULLALLY, VICKI BROGE, AND THE COUNTY OF MUSKEGON,

    Defendants.

Case No. 17-cv-654

Hon. Gordon J. Quist

**DEFENDANT THE HERALD PUBLISHING COMPANY, LLC'S RULE 7.1 DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

---

Eric C. Grimm
Eric C. Grimm, PLLC
Attorney for Plaintiff
1017 West South Street
Alvin, TX 77511
Telephone (734) 717-4900

Allan C. Vander Laan (P33893)
Curt A. Benson (P38891)
CUMMINGS, MCCLOREY, DAVIS & ACHO
Attorneys for Defendants Gregory C. Pittman, Timothy Hicks, William Marietti, Kathy Hoogstra, Raymond Kostrzewa, Neil Mullally, County of Muskegon
2851 Charlevoix Dr., S.E., Suite 327
Grand Rapids MI 49546

James S. Brady (P11110)
Mark J. Magyar (P75090)
DYKEMA GOSSETT PLLC
Attorneys for Defendants The Herald Publishing Company, LLC, MLive Media Group, and Stephen Kloosterman
300 Ottawa Avenue, N.W., Suite 700
Grand Rapids, MI 49503
Telephone: (616) 776-7532
jbrady@dykema.com
mmagyar@dykema.com

## DEFENDANT THE HERALD PUBLISHING COMPANY, LLC'S RULE 7.1 DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Fed. R. Civ. P. 7.1, Defendant The Herald Publishing Company, LLC (the "The Herald")[1], files this statement of disclosure of corporate affiliations and interest.

The Herald makes the following disclosure:

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

__ YES **X** NO

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

**N/A**

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

___ YES **X** NO

Respectfully submitted,

DYKEMA GOSSETT, PLLC

By: /s/ Mark J. Magyar
James S. Brady (P11110)
Mark J. Magyar (P75090)
DYKEMA GOSSETT PLLC
Attorneys for Defendants The Herald
Publishing Company, LLC, MLive Media
Group, and Stephen Kloosterman
300 Ottawa Avenue, N.W., Suite 700
Grand Rapids, MI  49503
Date: November 2, 2017Telephone:  (616) 776-7532
jbrady@dykema.com
mmagyar@dykema.com

---

[1] Defendant MLive Media Group is an unincorporated division of The Herald Publishing Company, LLC.

2