UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ERIC C. GRIMM,

       Plaintiff,

v.

RAW STORY MEDIA, INC.,
KEVIN EVEN,
PAUL SHIBLEY,
BRIANNA SCOTT,
DAVID BOSSENBROEK,
DAVID SHAFER,
BARTON DIETERS,
WILLIAMS HUGHES, PLLC,
DOUGLAS HUGHES,
THEODORE N. WILLIAMS, JR.,
ROBERT CARTER,
LINNEA KOSTRZEWA,
MARK T. BOONSTRA, and
VICKI BROGE,

       Defendants.
_____/

Case No. 1:17-CV-654

HON. GORDON J. QUIST

## NOTICE OF IMPENDING DISMISSAL

The court records reflect that more than ninety (90) days have passed from the filing of the above complaint and defendants listed above have not been served. This notice serves to inform plaintiff that the action shall be dismissed without prejudice as to these defendants unless plaintiff completes service of process within one hundred twenty (120) days after the filing the complaint, in accordance with Fed. R. Civ. P. 4(m).

To avoid dismissal pursuant to Rule 4(m), if more than one hundred twenty (120) days are necessary for the service of process, counsel must execute a verified Petition Re: Service of Process, advising the court:

    A.    That the case should not be dismissed as to the unserved defendant;

    B.    That the failure to obtain service upon the defendant is not due to the fault of the party or counsel seeking to avoid dismissal;

    C.    The reasons why the case against the unserved defendant should not be dismissed, set forth in detail; and

    D.    That service will be effected on the defendant within thirty (30) days of the date of the petition.

This petition must be filed with the court on or before **November 24, 2017**. If the court is satisfied that the case should not be dismissed as to the unserved defendant, you will be so notified. If dismissal of the case as to the unserved defendant is satisfactory to you, no action is required. By executing the Petition Re: Service of Process, you need not appear in support thereof until and/or unless so notified by the court.

Dated: November 3, 2017                                          /s/ Gordon J. Quist
                                                                              GORDON J. QUIST
                                                           UNITED STATES DISTRICT JUDGE