AO 440 (Rev. 01/09) Summons in a Civil Action MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

ERIC C. GRIMM,
Plaintiff

v.

RAW STORY MEDIA, INC., et al.,

Defendants.

Case No. 1:17-cv-00654
Hon. Gordon J. Quist

TO: Douglas Hughes
ADDRESS: 120 West Apple Avenue
P.O. Box 599
Muskegon, MI 49443-0599

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Eric C. Grimm (P58990)
1017 West South St.
Alvin, TX 77511
734.717.4900 tel / 888.502.1291 fax
ecgrimm@umich.edu

CLERK OF COURT

[signature and seal]

8/15/2017

By: Deputy Clerk        Date

## PROOF OF SERVICE

This summons for _____Douglas Hughes_____ was received by me on __10/26/17__
(name of individual and title, if any)                                      (date)

☑ I personally served the summons on the individual at __120 West Apple Avenue__
on __10/26/17  9:50 AM__   Thursday
(date)                                                                       (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                                        (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ __9.00__ for travel and $ __26.00__ for services, for a total of $ __35.00__.

I declare under the penalty of perjury that this information is true.

Date: __10/29/17__

[signature]
Server's signature

DAVID J Heney Jr   Special Deputy
Server's printed name and title

Additional information regarding attempted service, etc.:

866 Pine St Muskegon MI 49442
Server's address