UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Eric C. Grimm,<br><br>　　Plaintiff,<br><br>　vs.<br><br>Raw Story Media, Inc., The Herald Publishing Company, LLC, MLive Media Group, f/k/a Booth Newspapers, Inc., Newslo, Stephen Kloosterman, Kevin Even, Paul Shibley, Brianna Scott, David Bossenbroek, Matt J. Roberts, David Shafer, Barton Dieters, Gregory C. Pittman, Williams \| Hughes, PLLC, Douglas Hughes, Theodore N. Williams, Jr, Timothy Hicks, William Marietti, Kathy Hoogstra, Robert Carter, Raymond Kostrzewa, Linnea Kostrzewa, Mark T. Boonstra, Neil Mullally, Vicki Broge, and the County of Muskegon,<br><br>　　Defendants. | Civil Action No. 17-cv-654<br><br>Hon. Gordon J. Quist<br>United States District Judge<br><br>Hon. Philip Green<br>United States Magistrate Judge |

| | |
|---|---|
| Eric C. Grimm (P58990)<br>ERIC C. GRIMM, PLLC<br>1017 West South Street<br>Alvin, TX  77511<br>Main: (734) 717-4900<br>Fax: (888) 502-1291<br>Email:  ecgrimm@umich.edu<br>Attorney for Plaintiff. | Allan C. Vander Laan (P<br>CUMMINGS MCCLOREY DAVIS & ACHO PLC<br>327 Centennial Plaza Bldg.<br>2851 Charlevoix Dr., SE<br>Grand Rapids, MI 49546<br>(616) 975-7470<br>Email:  avanderlaan@cmda-law.com<br>Attorney for Muskegon County and MMRMA Defendants. |

**STIPULTATION FOR EXTENSION OF TIME**

　　This Stipulation relates to Docket Entry No. 23, a Rule 12(b)(6) Motion to Dismiss for

Failure to State a Claim, asserted by several defendants all represented by Allan C. Vander Laan,

of Cummings McClorey Davis & Acho (specifically, Muskegon County and particular Defendants related to Muskegon County).  Mr. Vander Laan's clients are all Movants in Doc. Ent. 23, and there are no other Movants.  The Movants in Doc. Ent. 23, and the Plaintiff stipulate and agree that the Plaintiff's due-date to respond to the Motion to Dismiss (Doc. Ent. 23) shall be extended through and including **Tuesday, December 5, 2017**.

Dated: November 10, 2017.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Eric C. Grimm_____ | /s/ Allan VanderLaan_____ |
| Eric C. Grimm (P58990) | Allan C. Vander Laan (P33893) |
| ERIC C. GRIMM, PLLC | CUMMINGS MCCLOREY DAVIS & ACHO PLC |
| 1017 West South Street | 327 Centennial Plaza Bldg. |
| Alvin, TX  77511 | 2851 Charlevoix Dr., SE |
| Main: (734) 717-4900 | Grand Rapids, MI 49546 |
| Fax: (888) 502-1291 | (616) 975-7470 |
| Email: ecgrimm@umich.edu | Email: avanderlaan@cmda-law.com |
| Attorney for Plaintiff. | Attorney for Muskegon County and MMRMA Defendants. |

      IT IS SO ORDERED.

Dated: November 13, 2017          /s/ Gordon J. Quist
                                                      GORDON J. QUIST
                                                      UNITED STATES DISTRICT JUDGE