UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC C. GRIMM,

    Plaintiff,

v.                                Case No. 1:17-CV-654

NEWSLO,                   HON. GORDON J. QUIST

    Defendant.
_____/

## ORDER TO SHOW CAUSE

Plaintiff filed his complaint in this case on July 20, 2017.  No summons was issued at the time of filing for Defendant Newslo, and Plaintiff has done nothing to prosecute this case against Defendant Newslo.  Therefore,

**IT IS HEREBY ORDERED** that Plaintiff shall show cause by **December 1, 2017**, why the Court should not dismiss Plaintiff's claims against Defendant Newslo for lack of prosecution.  *See* Fed. R. Civ. P. 41(b).

Dated:  November 13, 2017                          /s/ Gordon J. Quist
                                                          GORDON J. QUIST
                                                  UNITED STATES DISTRICT JUDGE