UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ERIC C. GRIMM, | Case No. 17-cv-654 |
| Plaintiff, | Hon. Gordon J. Quist |
| v. | |
| RAW STORY MEDIA, INC., THE HERALD PUBLISHING COMPANY, LLC, MLIVE MEDIA GROUP, F/K/A BOOTH NEWSPAPERS, INC., NEWSLO, STEPHEN KLOOSTERMAN, KEVIN EVEN, PAUL SHIBLEY, BRIANNA SCOTT, DAVID BOSSENBROEK, MATT J. ROBERTS, DAVID SHAFER, BARTON DIETERS, GREGORY C. PITTMAN, WILLIAMS/HUGHES, PLLC, DOUGLAS HUGHES, THEODORE N. WILLIAMS, JR., TIMOTHY HICKS, WILLIAM MARIETTI, KATHY HOOGSTRA, ROBERT CARTER, RAYMOND KOSTRZEWA, LINNEA KOSTRZEWA, MARK T. BOONSTRA, NEIL MULLALLY, VICKI BROGE, AND THE COUNTY OF MUSKEGON, | **DEFENDANTS WILLIAMS/HUGHES, PLLC AND DOUGLAS HUGHES MOTION SEEKING DISMISSAL UNDER FED. R. CIV. P. 12(b)(6)** |
| Defendants. | |
| _____/ | |

| | |
|---|---|
| Eric C. Grimm | James S. Brady (P11110) |
| Eric C. Grimm, PLLC | Mark J. Magyar (P75090) |
| Attorney for Plaintiff | DYKEMA GOSSETT PLLC |
| 1017 West South Street | Attorneys for Defendants The Herald |
| Alvin, TX 77511 | Publishing Company, LLC, MLive Media |
| Telephone (734) 717-4900 | Group f/k/a Booth Newspapers, Inc., and |
| ecgrimm@umich.edu | Stephen Kloosterman |
| | 300 Ottawa Avenue, N.W., Suite 700 |
| Allan C. Vander Laan (P33893) | Grand Rapids, MI 49503 |
| Curt A. Benson (P38891) | Telephone: (616) 776-7532 |
| CUMMINGS, McCLOREY, DAVIS & ACHO PLC | jbrady@dykema.com |
| Attorneys for Defendants Gregory C. Pittman, | mmagyar@dykema.com |
| Timothy Hicks, William Marietti, Kathy | |
| Hoogstra, Raymond Kostrzewa, Neil Mullally, | Steven F. Stapleton (P51571) |
| County of Muskegon | Gregory N. Longworth (P49249) |
| 2851 Charlevoix Dr., S.E., Suite 327 | CLARK HILL PLC |
| Grand Rapids MI 49546 | Attorneys for Defendants Williams/Hughes, |
| (616) 975-7470 | PLLC and Douglas Hughes |
| avanderlaan@cmda-law.com | 200 Ottawa Ave. NW, Suite 500 |
| | Grand Rapids, MI 49503 |
| | (616) 608-1100 |
| | sstapleton@clarkhill.com |
| | glongworth@clarkhill.com |

**DEFENDANTS WILLIAMS/HUGHES, PLLC AND DOUGLAS HUGHES MOTION SEEKING DISMISSAL UNDER FED. R. CIV. P. 12(b)(6)**

**ORAL ARGUMENT REQUESTED**

NOW COME Defendants Williams Hughes, PLLC and Douglas Hughes, by and through their attorneys, Clark Hill PLC, and moving this Court for an order dismissing Plaintiff's complaint against them, state:

1. Plaintiff Eric Grimm filed a multi-count First Amended Complaint against various Defendants, including Williams Hughes, PLLC and Douglas Hughes (the Williams Hughes Defendants).

2. Plaintiff's First Amended Complaint only specifically alleges a claim against the Williams Hughes Defendants in Count III.

3. In Count III, Plaintiff alleges that Plaintiff was terminated from his employment at a private law firm (Williams Hughes, PLLC) by a Muskegon County Judge. For the reasons set forth in the accompanying Brief, Plaintiff has failed to state a claim and this claim should be dismissed against the Williams Hughes Defendants pursuant to Fed. R. Civ. P. 12(b)(6).

4. Plaintiff also collectively sets forth a claim against "all Defendants" in Count X but alleges nothing specific against the Williams Hughes Defendants.

5. For the reasons set forth in the accompanying Brief, Plaintiff has failed to state a cognizable claim against the Williams Hughes Defendants and his claims must be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

WHEREFORE, Defendants Williams/Hughes, PLLC and Douglas Hughes ask this Court to enter an order under Fed. R. Civ. P. 12(b)(6) dismissing Plaintiff's claims against them for failure to state a claim.

          Respectfully submitted,

          CLARK HILL PLC

Dated:  November 16, 2017          /s/ Steven F. Stapleton
          Steven F. Stapleton (P51571)
          Gregory N. Longworth (P49249)
          CLARK HILL PLC
          Attorneys for Defendants Williams/Hughes, PLLC and Douglas Hughes
          200 Ottawa Ave. NW, Suite 500
          Grand Rapids, MI 49503
          (616) 608-1100
          sstapleton@clarkhill.com
          glongworth@clarkhill.com