UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Eric C. Grimm,<br><br>               Plaintiff,<br>vs.<br><br>Raw Story Media, Inc., The Herald Publishing Company, LLC, MLive Media Group, f/k/a Booth Newspapers, Inc., Newslo, Stephen Kloosterman, Kevin Even, Paul Shibley, Brianna Scott, David Bossenbroek, Matt J. Roberts, David Shafer, Barton Dieters, Gregory C. Pittman, Williams Hughes, PLLC, Douglas Hughes, Theodore N. Williams, Jr, Timothy Hicks, William Marietti, Kathy Hoogstra, Robert Carter, Raymond Kostrzewa, Linnea Kostrzewa, Mark T. Boonstra, Neil Mullally, Vicki Broge, and the County of Muskegon,<br><br>               Defendants. | Civil Action No. 1:17-cv-654<br><br>Hon. Gordon J. Quist<br>United States District Judge<br><br>Hon. Phillip J. Green<br>United States Magistrate Judge<br><br>**DEFENDANT KEVIN EVEN'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>**ORAL ARGUMENT REQUESTED** |

| | |
|---|---|
| Eric C. Grimm (P58990)<br>ERIC C. GRIMM, PLLC<br>Attorney for Plaintiff<br>1017 West South Street<br>Alvin, TX 77511<br>Main: (734) 717-4900<br>Email: ecgrimm@umich.edu<br><br><br>James S. Brady<br>Mark John Magyar<br>Dykema Gossett PLLC (Grand Rapids)<br>Attorneys for Defendants The Herald Publishing Company, LLC, MLive Media Group, formerly known as Booth Newspapers, Inc., and Stephen Kloosterman<br>300 Ottawa Ave NW, Suite 700<br>Grand Rapids, MI 49503<br>(616) 776-7550<br>Email: jbrady@dykema.com<br>Email:  mmagyar@dykema.com | Allan C. Vander Laan<br>Cummings McClorey Davis & Acho PLC<br>Attorneys for Defendants Matt J. Roberts, Gregory C. Pittman, Timothy Hicks, William Marietti, Kathy Hoogstra, Raymond Kostrzewa, Neil Mullally, and the County of Muskegon<br>327 Centennial Plaza Bldg.<br>2851 Charlevoix Dr., SE<br>Grand Rapids, MI 49546<br>(616) 975-7470<br>Email: avanderlaan@cmda-law.com<br><br>Gregory N. Longworth<br>Steven F. Stapleton<br>Clark Hill PLC<br>Attorneys for Defendants Williams Hughes, PLLC, and Douglas Hughes<br>200 Ottawa Ave., NW, Ste. 500<br>Grand Rapids, MI 49503<br>(616) 608-1100<br>Email: glongworth@clarkhill.com<br>Email: sstapleton@clarkhill.com |

>Paul A. McCarthy  (P47212)
>Rhoades McKee PC
>Attorney for Defendant Kevin Even
>55 Campau Avenue NW, Suite 300
>Grand Rapids, MI  49503
>(616) 235-3500
>Email: mccarthy@rhoadesmckee.com

### DEFENDANT KEVIN EVEN'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendant Kevin Even, through his undersigned counsel, moves this Court for an order dismissing Plaintiff's complaint against him pursuant to Fed. R. Civ. Pro. 12(b)(6) with prejudice, for failure to state a claim.  This motion is supported by an accompanying brief.  Like the other Defendants, while Plaintiff makes passing reference to Kevin Even in his First Amended Complaint, he fails to state a claim against Mr. Even and, accordingly, Plaintiff's claims should and must be dismissed with prejudice for the reasons already articulated by the similarly situated Defendants.

>Respectfully Submitted,
>
>RHOADES McKEE PC
>Attorneys for Defendant Kevin Even
>
>By: */s/ Paul A. McCarthy*
>    Paul A. McCarthy (P47212)
>    55 Campau Avenue NW, Suite 300
>    Grand Rapids, MI  49503
>    (616) 235-3500

Dated:  November 27, 2017