UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Eric C. Grimm,

        Plaintiff,

vs.

Raw Story Media, Inc., The Herald Publishing Company, LLC, MLive Media Group, f/k/a Booth Newspapers, Inc., Newslo, Stephen Kloosterman, Kevin Even, Paul Shibley, Brianna Scott, David Bossenbroek, Matt J. Roberts, David Shafer, Barton Dieters, Gregory C. Pittman, Williams Hughes, PLLC, Douglas Hughes, Theodore N. Williams, Jr, Timothy Hicks, William Marietti, Kathy Hoogstra, Robert Carter, Raymond Kostrzewa, Linnea Kostrzewa, Mark T. Boonstra, Neil Mullally, Vicki Broge, and the County of Muskegon,

        Defendants.

Civil Action No. 1:17-cv-654

Hon. Gordon J. Quist
United States District Judge

Hon. Phillip J. Green
United States Magistrate Judge

**<u>BRIEF IN SUPPORT OF DEFENDANT KEVIN EVEN'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)</u>**

| | |
|---|---|
| Eric C. Grimm (P58990)<br>ERIC C. GRIMM, PLLC<br>Attorney for Plaintiff<br>1017 West South Street<br>Alvin, TX 77511<br>Main: (734) 717-4900<br>Email: ecgrimm@umich.edu<br><br>James S. Brady<br>Mark John Magyar<br>Dykema Gossett PLLC (Grand Rapids)<br>Attorneys for Defendants The Herald Publishing Company, LLC, MLive Media Group, formerly known as Booth Newspapers, Inc., and Stephen Kloosterman<br>300 Ottawa Ave NW, Suite 700<br>Grand Rapids, MI 49503<br>(616) 776-7550<br>Email: jbrady@dykema.com<br>Email: mmagyar@dykema.com | Allan C. Vander Laan<br>Cummings McClorey Davis & Acho PLC<br>Attorneys for Defendants Matt J. Roberts, Gregory C. Pittman, Timothy Hicks, William Marietti, Kathy Hoogstra, Raymond Kostrzewa, Neil Mullally, and the County of Muskegon<br>327 Centennial Plaza Bldg.<br>2851 Charlevoix Dr., SE<br>Grand Rapids, MI 49546<br>(616) 975-7470<br>Email: avanderlaan@cmda-law.com<br><br>Gregory N. Longworth<br>Steven F. Stapleton<br>Clark Hill PLC<br>Attorneys for Defendants Williams Hughes, PLLC, and Douglas Hughes<br>200 Ottawa Ave., NW, Ste. 500<br>Grand Rapids, MI 49503<br>(616) 608-1100<br>Email: glongworth@clarkhill.com<br>Email: sstapleton@clarkhill.com |

>   Paul A. McCarthy  (P47212)
>   Rhoades McKee PC
>   Attorney for Defendant Kevin Even
>   55 Campau Avenue NW, Suite 300
>   Grand Rapids, MI  49503
>   (616) 235-3500
>   Email: mccarthy@rhoadesmckee.com

## BRIEF IN SUPPORT OF DEFENDANT KEVIN EVEN'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendant, Kevin Even, moves to dismiss Plaintiff's claims against him pursuant to Fed. R. Civ. P. 12(b)(6), and hereby adopts by reference the briefing filed on October 17, 2017 by similarly situated Defendants Hicks, Hoogstra, Kostrzewa, Marietti, Mullally, Muskegon County, Pittman, and Roberts; the briefing filed on November 2, 2017 by Defendants Kloosterman, MLive Media Group, and The Herald Publishing Company, LLC; and the briefing filed on November 6, 2017 by Defendants Hughes and Williams Hughes, PLLC.  Like various of the other Defendants, while Plaintiff's First Amended Complaint makes passing reference to Kevin Even, Plaintiff fails to state a claim upon which relief can be granted.  Accordingly, Kevin Even respectfully requests that the Court dismiss Plaintiff's claims against him with prejudice for the reasons already articulated by the similarly situated Defendants.

>   Respectfully Submitted,
>
>   RHOADES McKEE PC
>   Attorneys for Defendant Kevin Even

Dated:  November 27, 2017

>   By:  */s/ Paul A. McCarthy*
>        Paul A. McCarthy (P47212)
>        55 Campau Avenue NW, Suite 300
>        Grand Rapids, MI  49503
>        (616) 235-3500