UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Eric C. Grimm, | |
| Plaintiff, | |
| vs. | Civil Action No. 17-cv-654 |
| Raw Story Media, Inc., The Herald Publishing Company, LLC, MLive Media Group, f/k/a Booth Newspapers, Inc., Newslo, Stephen Kloosterman, Kevin Even, Paul Shibley, Brianna Scott, David Bossenbroek, Matt J. Roberts, David Shafer, Barton Dieters, Gregory C. Pittman, Williams \| Hughes, PLLC, Douglas Hughes, Theodore N. Williams, Jr, Timothy Hicks, William Marietti, Kathy Hoogstra, Robert Carter, Raymond Kostrzewa, Linnea Kostrzewa, Mark T. Boonstra, Neil Mullally, Vicki Broge, and the County of Muskegon, | Hon. Gordon J. Quist  United States District Judge   Hon. Philip Green  United States Magistrate Judge |
| Defendants. | |

Eric C. Grimm (P58990)
ERIC C. GRIMM, PLLC
1110 El Camino Village Dr.
Houston, TX  77058
Main: (734) 717-4900
Fax: (888) 502-1291
Email:  ecgrimm@umich.edu
Attorney for Plaintiff.

James S. Brady (P11110)
Mark J. Magyar (P75090)
DYKEMA GOSSETT, PLLC
300 Ottawa Ave NW Ste 700
Grand Rapids, MI 49503-2306
(616) 776-7550
Email:  mmagyar@dykema.com
Attorneys for Stephen Kloosterman, The
Herald Company, LLC, and MLive.

## STIPULTATION FOR EXTENSION OF TIME

This Stipulation relates to Docket Entry No. 24, a Rule 12(b)(6) Motion to Dismiss for

Failure to State a Claim, asserted by several defendants all represented by Dykema (Mark Magyar

and James Brady) (specifically, former reporter Stephen Kloosterman, The Herald Publishing Company, LLC, and MLive Media Group).   Messrs. Brady and Magyar's clients are all Movants in Doc. Ent. 24, and there are no other Movants.  The Movants in Doc. Ent. 24, and the Plaintiff stipulate and agree that the Plaintiff's due-date to respond to the Motion to Dismiss (Doc. Ent. 24) shall be extended through and including **Thursday, December 14, 2017**.

Dated: November 28, 2017.

Respectfully submitted,                              Respectfully submitted,

 _/s/ Eric C. Grimm_____          __/s/ Mark J. Magyar (with permission)____
Eric C. Grimm (P58990)                          James S. Brady (P11110)
Eric C. Grimm, PLLC                              Mark J. Magyar (P75090)
1110 El Camino Village Dr.                        Dykema Gossett, PLLC
Houston, TX  77058                               300 Ottawa Ave NW Ste 700
Main: (734) 717-4900                             Grand Rapids, MI 49503-2306
Fax: (888) 502-1291                               (616) 776-7550
Email:  ecgrimm@umich.edu                   Email:  mmagyar@dykema.com
Attorney for Plaintiff.                               Attorneys for Stephen Kloosterman, The
                                                          Herald Company, LLC, and MLive.


               IT IS SO ORDERED.



                                                          /s/ Gordon J. Quist
 Dated:  November 29, 2017                   _____
                                                          GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE