UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC C. GRIMM,

        Plaintiff,　　　　　　　　　　　Case No. 1:17–cv–00654–GJQ–PJG

    v.

RAW STORY MEDIA, INC., et al.,

        Defendants.
_____/

## CLERK'S NOTICE

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Eric C. Grimm

RE:  Motion for Alternate Service – #53

REASON FOR NOTICE:   Exhibits or attachments are not identified on their face by number or letter.

RECOMMENDED ACTION:   None.

INFORMATION FOR FUTURE REFERENCE:   Local Civil Rule 5.7(d)(vii) requires that all exhibits and attachments contain on their face a prominent exhibit number or letter. This is particularly helpful to the court should the document be printed.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290–2742 or (616) 456–2206.

　　　　　　　　　　　　　　　　　　CLERK OF COURT

Dated:  December 18, 2017　　By:   /s/ M. Carlson_____
　　　　　　　　　　　　　　　　　　Deputy Clerk