UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC C. GRIMM,

       Plaintiff,                           Case No. 1:17–cv–00654–GJQ–PJG

v.                                          Hon. Gordon J. Quist

RAW STORY MEDIA, INC., et al.,

       Defendants.
_____/

## ORDER

The Stipulation (ECF No. 56) extending time to file is GRANTED.

IT IS SO ORDERED.

Dated:  December 19, 2017                          /s/ Gordon J. Quist
                                                                      GORDON J. QUIST
                                                                      United States District Judge