UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Eric C. Grimm, | |
| Plaintiff, | |
| vs. | Civil Action No. 17-cv-654 |
| Raw Story Media, Inc., The Herald Publishing Company, LLC, MLive Media Group, f/k/a Booth Newspapers, Inc., Newslo, Stephen Kloosterman, Kevin Even, Paul Shibley, Brianna Scott, David Bossenbroek, Matt J. Roberts, David Shafer, Barton Dieters, Gregory C. Pittman, Williams \| Hughes, PLLC, Douglas Hughes, Theodore N. Williams, Jr, Timothy Hicks, William Marietti, Kathy Hoogstra, Robert Carter, Raymond Kostrzewa, Linnea Kostrzewa, Mark T. Boonstra, Neil Mullally, Vicki Broge, The Washington Times, LLC, and the County of Muskegon, | Hon. Gordon J. Quist United States District Judge Hon. Philip J. Green United States Magistrate Judge |
| Defendants. | |

| | |
|---|---|
| Eric C. Grimm (P58990) | Steven F. Stapleton (P51571) |
| ERIC C. GRIMM, PLLC | CLARK HILL, PLC |
| P.O. Box 1266 | 200 Ottawa Ave NW Ste 500 |
| 1017 West South Street | Grand Rapids, MI 49503 |
| Alvin, TX 77512-1266 | Main: (616) 608-1145 |
| Main: (734) 717-4900 | Fax: 616.608.1169 |
| Fax: (888) 502-1291 | Email: sstapleton@clarkhill.com |
| Email: ecgrimm@umich.edu | Attorneys for Douglas M. Hughes, and |
| Attorney for Plaintiff. | Williams \| Hughes, PLLC |

**STIPULTATION FOR EXTENSION OF TIME**

This Stipulation relates to Docket Entry No. 35, a Rule 12(b)(6) Motion to Dismiss for

Failure to State a Claim, asserted by several defendants all represented by CLARK HILL (Steven F.

Stapleton and Gregory Longworth) (specifically, the WILLIAMS | HUGHES, PLLC law firm and its surviving owner, Douglas M. Hughes).  Messrs. Stapleton and Longworth's clients are all Movants in Doc. Ent. 35, and there are no other Movants. The Movants in Doc. Ent. 35, and the Plaintiff stipulate and agree that the Plaintiff's due-date to respond to the Motion to Dismiss (Doc. Ent. 35) shall be extended through and including **Thursday, January 25, 2018**.

Dated:	January 9, 2018.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Eric C. Grimm | /s/ Steven F. Stapleton (with permission) |
| Eric C. Grimm (P58990) | Steven F. Stapleton (P51571) |
| ERIC C. GRIMM, PLLC | CLARK HILL, PLC |
| P.O. Box 1266 | 200 Ottawa Ave NW Ste 500 |
| 1017 West South Street | Grand Rapids, MI 49503 |
| Alvin, TX 77512-1266 | Main: (616) 608-1145 |
| Main: (734) 717-4900 | Fax: 616.608.1169 |
| Fax: (888) 502-1291 | Email: sstapleton@clarkhill.com |
| Email: ecgrimm@umich.edu | Attorneys for Douglas M. Hughes, and |
| Attorney for Plaintiff. | Williams | Hughes, PLLC |

**CERTIFICATE OF SERVICE**

I certify that the foregoing Stipulation was electronically filed through the Court's ECM/CF System on January 9, 2018, and will therefore automatically be served by email on all Parties and counsel that have appeared.

/s/ Eric C. Grimm
Eric C. Grimm (P58990)
ERIC C. GRIMM, PLLC
P.O. Box 1266
1017 West South Street
Alvin, TX 77512-1266
Main: (734) 717-4900
Fax: (888) 502-1291
Email: ecgrimm@umich.edu

# RE: stipulation

January 09, 2018 at 9:33 AM

From "Stapleton, Steven F."

I approve the language in this stipulation.  In the Stipulation, my middle initial should be changed from "A." to "F." but otherwise looks fine.  Thanks.

Steven F. Stapleton

CLARK HILL PLC

200 Ottawa Avenue N.W. Suite 500 | Grand Rapids, MI 49503
616.608.1145 (Direct) | 616.608.1169 (Fax) |
SStapleton@ClarkHill.com | www.clarkhill.com

From: Eric Grimm [mailto:ecgrimm@me.com]
Sent: Monday, January 8, 2018 8:01 PM
To: Stapleton, Steven F.
Subject: stipulation

it is attached
LEGAL NOTICE: This e-mail, along with any attachment(s), is considered confidential and may be legally privileged. If you have received it in error, please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.