UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Eric C. Grimm,<br><br>    Plaintiff,<br><br>  vs.<br><br>Raw Story Media, Inc., The Herald Publishing Company, LLC, MLive Media Group, f/k/a Booth Newspapers, Inc., Newslo, Stephen Kloosterman, Kevin Even, Paul Shibley, Brianna Scott, David Bossenbroek, Matt J. Roberts, David Shafer, Barton Dieters, Gregory C. Pittman, Williams \| Hughes, PLLC, Douglas Hughes, Theodore N. Williams, Jr, Timothy Hicks, William Marietti, Kathy Hoogstra, Robert Carter, Raymond Kostrzewa, Linnea Kostrzewa, Mark T. Boonstra, Neil Mullally, Vicki Broge, The Washington Times, LLC, and the County of Muskegon,<br><br>    Defendants. | Civil Action No. 17-cv-654<br><br>Hon. Gordon J. Quist<br>United States District Judge<br><br>Hon. Philip J. Green<br>United States Magistrate Judge |

| | |
|---|---|
| Eric C. Grimm (P58990)<br>ERIC C. GRIMM, PLLC<br>P.O. Box 1266<br>1017 West South Street<br>Alvin, TX 77512-1266<br>Main: (734) 717-4900<br>Fax: (888) 502-1291<br>Email: ecgrimm@umich.edu<br>Attorney for Plaintiff. | Cameron Jezewski Evans (P47276)<br>EVANS LAW GROUP, P.C.<br>950 W University Dr., Ste. 102<br>Rochester, MI 48307<br>Main: (248) 468-1485<br>Fax: (248) 468-1814<br>Email: cevans@evanslawgrp.com<br>Attorneys for Raw Story Media, Inc. |

## STIPULTATION FOR EXTENSION OF TIME

This Stipulation relates to Docket Entry No. 51, a Rule 12(b)(6) Motion to Dismiss for

Failure to State a Claim, asserted by Raw Story Media, Inc. The Movant in Doc. Ent. 51, and the

Plaintiff, stipulate and agree that the Plaintiff's due-date to respond to the Motion to Dismiss (Doc. Ent. 51) shall be extended through and including **Friday, January 26, 2018**.

Dated:          January 9, 2018.

Respectfully submitted,                                   Respectfully submitted,

 /s/ Eric C. Grimm                                          /s/ Cameron Evans (with permission)
Eric C. Grimm (P58990)                              Cameron Jezewski Evans (P47276)
ERIC C. GRIMM, PLLC                                EVANS LAW GROUP, P.C.
P.O. Box 1266                                             950 W University Dr., Ste. 102
1017 West South Street                             Rochester, MI 48307
Alvin, TX 77512-1266                                Main: (248) 468-1485
Main: (734) 717-4900                                Fax: (248) 468-1814
Fax: (888) 502-1291                                   Email: cevans@evanslawgrp.com
Email: ecgrimm@umich.edu                     Attorneys for Raw Story Media.
Attorney for Plaintiff.


          IT IS SO ORDERED.


  Dated: January 10, 2018                              /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                                   UNITED STATES DISTRICT JUDGE